UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDER SERVICES INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 21-1314 (RC) |
| ALEJANDRO MAYORKAS, *Secretary of Homeland Security*, et al., | ) ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendants Alejandro Mayorkas, Secretary of Homeland Security, and United States Citizenship and Immigration Services ("USCIS") respectfully move for an extension of time to file their reply.  Pursuant to Local Civil Rule 7(m), undersigned counsel for Defendants has conferred with Plaintiff, who consents to the instant motion.

1. On June 28, 2020, Defendants filed a Motion to Transfer and Alternatively a Motion to Dismiss.   ECF No. 7.

2. On July 12, 2021, Plaintiff filed its Opposition.   ECF No. 9.

3. The current deadline for Defendants to file their Reply is July 19, 2021.

4. Good cause exist for this extension of time.   The undersigned counsel requires additional time to work on Defendants' Reply and is currently unable to meet the July 19, 2021 deadline.   The undersigned counsel has been juggling a number of other competing deadlines in her cases and requests an additional 4 days to file Defendants' Reply.

5. To allow the undersigned counsel additional time to file Defendants' Reply, and

having conferred with Plaintiff, Defendants respectfully move to extend their current deadline to July 23, 2021.

6. Pursuant to Local Civil Rule 7(m), undersigned counsel for EPA has conferred with Plaintiff, who consents to the instant motion. A proposed order is attached.

Dated: July 15, 2021        Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Kathleene Molen*
KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendants*