UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDER SERVICES INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEJANDRO MAYORKAS, *Secretary of* )<br>*Homeland Security*, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 21-1314 (RC) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion For Extension of Time To File Reply, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED.**

**It is ORDERED** that Defendants shall file their Reply on **July 23, 2021.**

ORDERED on this _____ day of _____, 2021

_____
RUDOLPH CONTRERAS
United States District Judge